# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE, | CASE NO. 1:08-cv-01935-LJO-YNP PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |
| v. | |
| CHIEF DAVID MONTOYA, et al., | |
| Defendants. | |

Plaintiff Rick A. Hazeltine ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is detained at Coalinga State Hospital in Coalinga, California. Plaintiff is suing under section 1983 for the violation of his rights under the Fourth Amendment. Plaintiff names David Montoya, Doherman, Flores, Gonzales, Alverado, Hernandez, Moreno, Gaujardo as defendants. Plaintiff alleges that his constitutional rights were violated when he was subjected to random searches as a patient at Coalinga State Hospital, and on one occasion, was physically assaulted by Defendants. Under 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the Court must order a U.S. Marshal to serve Defendants with a copy of Plaintiff's complaint and a summons because Plaintiff is proceeding in forma pauperis under 28 U.S.C. § 1915.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    MONTOYA

    DOHERMAN

1          FLORES

2          GONZALES

3          ALVERADO

4          HERNANDEZ

5          MORENO

6          GAUJARDO

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 18, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

     a. Completed summons;

     b. One completed USM-285 form for each defendant listed above; and

     c. Nine (9) copies of the endorsed complaint filed December 18, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order may result in this action being dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **February 17, 2010**             **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE