# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>CHIEF DAVID MONTOYA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO: 1:08-cv-01935-LJO-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>Docs. 29, 28, 24<br><br>THIRTY DAY DEADLINE |

　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2011, Defendants filed a motion for summary judgment. Doc. 24. On October 18, 2011, Plaintiff filed a motion for a sixty (60) day extension of time to file an opposition to the motion for summary judgment. Doc. 26. On October 25, 2011, the Court granted Plaintiff's motion for a sixty (60) day extension of time. Doc. 27. On March 7, 2012, the Magistrate Judge issued Findings and Recommendations, recommending to grant Defendants' Motion for Summary Judgment. Doc. 28. As of the date of the Findings and Recommendations, Plaintiff had not filed an opposition to Defendants' motion for summary judgment. *Id.* On March 28, 2012, Plaintiff filed a notice stating he had mailed an opposition, even though it was not filed with the Court. Doc. 29. Plaintiff asserts problems with the mail. *Id.*

　　The Court HEREBY GRANTS Plaintiff's motion to extend time to file an opposition to Defendants' motion for summary judgment. Plaintiff has **thirty (30) days** to file an opposition to Defendants' motion for summary judgment and to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:　April 17, 2012

UNITED STATES MAGISTRATE JUDGE